IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID WHINHAM and STEPHEN EVANS,

       Plaintiffs,                                CASE NO. 1:24-cv-970

v.                                                     HON. ROBERT J. JONKER

PVF VENTURES, LLC f/k/a
DV VOLLEYBALL HOLDINGS, LLC,

       Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), DAVID WHINHAM and STEPHEN EVANS hereby give notice that the complaint filed in this action is voluntarily dismissed without prejudice.[1]

Dated: October 2, 2024

                                               Respectfully submitted,

                                               BUTZEL LONG, P.C.

                                               /s/ *Christopher J. Zdarsky*
                                             Lee T. Silver
                                             Christopher J. Zdarsky
                                             300 Ottawa Avenue NW, Suite 620
                                             Grand Rapids, MI 49503
                                             Tel: (616) 988-5600
                                             silver@butzel.com
                                             zdarsky@butzel.com

                                             *Counsel for Plaintiffs David Whinham*
                                             *and Stephen Evans*

---

[1] Immediately upon the voluntary dismissal of this action without prejudice, Plaintiffs will be filing a complaint with the same breach of contract claim in Kent County Circuit Court's Specialized Business Docket.